**Victor Figueroa MOLINARES, Petitioner–Appellant,**

v.

**Neil ADLER, Warden, Respondent–Appellee.**

No. 10–16009.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2011.*

Filed July 18, 2011.

Victor Figueroa Molinares, Taft, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Mark J. McKeon, Esquire, Assistant U.S., Office of the U.S. Attorney, Fresno, CA, Dale Patrick, Esquire, Taft, CA, Robert A. Ford, Esquire, Lorena Matei, Esquire, Lewis Brisbois, Bisgaard & Smith LLP, San Francisco, CA, for Respondent–Appellee.

Before: SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

MEMORANDUM **

Federal prisoner Victor Figueroa Molinares appeals pro se from the district court's judgment dismissing his 28 U.S.C. § 2241 petition. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Molinares contends that the Bureau of Prisons violated his due process rights by incorrectly calculating his time served credits. Specifically, Molinares contends that he is entitled to a sentence reduction for the time served on an unrelated federal offense. The record reflects that Molinares already received all credit for time served that he was entitled to. *See* 18 U.S.C. § 3585(b); *see also Allen v. Crabtree*, 153 F.3d 1030, 1033 (9th Cir.1998) (noting that section 3585(b) disallows double crediting of time served).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).